CHARLES S. FAIRCHILD et al., as Executors, *v.* MARGARET B. EDSON, Appellant, Impleaded with THE NEW YORK ASSOCIATION FOR IMPROVING THE CONDITION OF THE POOR, Respondent, et al.

(Argued November 26, 1894; decided December 11, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 5, 1894, which dismissed an appeal from a judgment entered upon a decision of the court on trial at Special Term.

*William V. Rowe* for appellant.

*J. Mayhew Wainwright* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.